SISKIND RUBIN, Respondent, v. NEW YORK MUNICIPAL
      RAILWAY CORPORATION et al., Appellants.

   *Rubin* v. *N. Y. Municipal Ry. Corpn.*, 176 App. Div. 937, affirmed.
   (Argued January 28, 1919; decided February 25, 1919.)

   APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered February 1, 1917, affirming a judgment in favor

of plaintiff entered upon a verdict. The action was brought to recover for damage to plaintiff's property through excavations made by defendants on adjoining property, whereby the plaintiff's building, though shored up, settled so that the walls cracked and parted. Defendants contended that they had contracted with a third party to do the necessary shoring and were not liable for his failure to properly protect the plaintiff's property.

*John Conway Toole* for appellants.

*Samuel Silbiger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ. Taking no part: COLLIN, J. Not sitting: CRANE, J.